IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN PAUL CATLIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTEGRITY SOLUTION SERVICES, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 16-cv-6147 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jonathan Paul Catlin, and Defendant, Integrity Solution Services, Inc. n/k/a Central Credit Services, LLC (Integrity), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Integrity, with each side to bear its own fees and costs.

Dated: 9/15/16, 2016

_____
Jonathan Paul Catlin – Pro Se
P.O. Box 313
Naples, ID 83847
208-627-3950

Respectfully submitted,

_____
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
aeasley@sessions.legal
Attorney for defendant,
Integrity Solutions Services, Inc.
n/k/a Central Credit Services, LLC

1